IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02003-PAB
Criminal Case No. 04-cr-00343-PAB

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

1. ANTONIO VALDEZ,

    Defendant/Petitioner.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with the Order Denying 28 U.S.C. § 2255 Motion entered by the Honorable Philip A. Brimmer, U.S. District Judge, the following Final Judgment is hereby entered:

It is ORDERED as follows:

1. That the "Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 filed on August 24, 2009, is DENIED; and

2. That the corresponding civil action is dismissed.

Dated at Denver, Colorado this ___3rd___ day of June, 2011.

                FOR THE COURT:

                GREGORY C. LANGHAM, CLERK

                By: __s/ Edward P. Butler_____
                     Edward P. Butler, Deputy Clerk