**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02003-PAB
Criminal Action No. 04-cr-00343-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTONIO VALDEZ,

    Defendant/Movant.

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

Brimmer, Judge

    Movant has filed a notice of appeal from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253© should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this 8th day of July, 2011.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  JUDGE, UNITED STATES DISTRICT
                                  COURT FOR THE DISTRICT OF COLORADO